# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CASE NO.    4:18-cr-506** |
| | : | |
| Plaintiff, | : | |
| | : | **JUDGE CHRISTOPHER A. BOYKO** |
| v. | : | |
| | : | **MAGISTRATE JUDGE DAVID A. RUIZ** |
| **MIGUEL PEDRO PASCUAL,** | : | |
| | : | |
| Defendant. | : | **REPORT AND RECOMMENDATION** |

Pursuant to General Order 99-49, this matter has been referred to United States Magistrate Judge David A. Ruiz for purposes of receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered. The following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1.     On October 19, 2018, the defendant, accompanied by counsel, proffered a plea of guilty to Counts 1 and 2 of the indictment.

2.     Before pleading guilty, the defendant was examined as to competency, advised of

the charges and consequences of conviction, informed that the Federal

Sentencing Guidelines are advisory and the Court must consider them but the

Court may impose any reasonable sentence authorized by law, notified of his

rights, advised that he was waiving all rights except the right to counsel, and

otherwise was provided with the information prescribed in Fed. R. Crim. P. 11.

3.      The parties and counsel informed the Court that there was no plea agreement

between the parties and any plea offers by the United States Attorney's Office

had been communicated to the defendant by defense counsel; the undersigned

was advised that no representations, commitments or promises have been made

by any party, and no agreements, written or unwritten, have been made between

the parties.

4.      The undersigned questioned the defendant under oath about the knowing,

intelligent, and voluntary nature of the plea of guilty, and finds that the defendant

was competent to enter a plea and the plea was offered knowingly, intelligently,

and voluntarily.

5.      The parties provided the undersigned with sufficient information about the

charged offenses and the defendant's conduct to establish a factual basis for the

plea.

In light of the foregoing and the record submitted herewith, the undersigned finds that the

defendant's plea of guilty was knowing, intelligent, and voluntary, and all requirements imposed

2

by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the

undersigned recommends that the defendant's plea of guilty be accepted and a finding of guilty

be entered by the Court.


s/ *David A. Ruiz*
DAVID A. RUIZ
UNITED STATES MAGISTRATE JUDGE


DATE:  October 19, 2018


## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of
Courts within fourteen (14) days after being served with a copy of this Report and
Recommendation. Failure to file objections within the specified time may waive the right to
appeal the District Court's order. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981);
*Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

3